Frank F. Tracy, Appellee, v. Ben Yost et al. Select Operating Corporation, Appellant.

Gen. No. 41,045. 

opinion filed October 1, 1940. Sinden & Hassell,

for appellant; Clyde C. Fisher, of counsel; Henry A. Kalcheim, for appellee; Abraham Miller, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."